# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.**<br><br>**Plaintiff,**<br><br>vs.<br><br>**QORVO, INC.**<br><br>**Defendant.** | Civil Action No. 2:23-cv-00180-JRG-RSP<br><br>**JURY TRIAL** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiffs, Akoustis Technologies, Inc. and Akoustis, Inc., and Defendant, Qorvo, Inc., file this Joint Motion to Amend the Docket Control Order.

The Protective Order is currently due on Thursday, August 10, 2023. The parties request an extension of time until Monday, August 14, 2023 to file the proposed Protective Order. *See* Proposed Order. The brief extension is not sought for the purposes of delay. Good cause exists because the parties continue to negotiate the Protective Order and have made substantial progress on many issues. The parties believe that a short extension will further reduce the number of disputes and/or narrow the current disputes. Counsel for the parties also have personal conflicts with back-to-school activities that will make meeting and conferring following the further exchange of the disputed positions difficult.

Wherefore, the parties respectfully request that the Court allow the parties until August 14, 2023 to file the proposed Protective Order.

Dated: August 9, 2023.

**MCKOOL SMITH, P.C.**

*/s/ John B. Campbell*

John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@McKoolSmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@McKoolSmith.com
Caroline Burks
Texas State Bar No. 24126000
cburks@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
MCKOOL SMITH, P.C.
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9002
Facsimile: (903) 923-9099

**ATTORNEYS FOR PLAINTIFFSAKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.**

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

*/s/ Robert M. Masters*

JENNIFER KLEIN AYERS
(Texas Bar No. 24069322)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        2200 Ross Ave, 20th Floor
        Dallas, TX 75201
        Telephone: 469.391.7400
        Facsimile: 469.391.7401
        jayers@sheppardmullin.com

        ROBERT M. MASTERS
        (MD State Bar No. 14770)
        JONATHAN DEFOSSE
        (VA State Bar No. 48220)
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        2099 Pennsylvania Ave, NW, Suite 100
        Washington, DC 20006
        Telephone: 202.747.1900
        Facsimile:  202.747.3369
        rmasters@sheppardmullin.com
        jdefosse@sheppardmullin.com

        **ATTORNEYS FOR DEFENDANT QORVO, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that counsel for the parties have complied with the meet and confer requirement set forth in Local Rule CV-7(h) and this motion is filed jointly.

        /s/ *John B. Campbell*
        John B. Campbell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 9, 2023.

        /s/ *John B. Campbell*
        John B. Campbell