IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QORVO, INC., <br><br> Defendant. | Civil Action No. 2:23-cv-180 <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT QORVO, INC.'S NOTICE OF SERVICE AND
NOTICE OF COMPLIANCE WITH P.R. 4-1**

Pursuant to the Court's Docket Control Order (Dkt. 46) and P.R. 4-1, Defendant Qorvo, Inc. ("Qorvo") hereby provides notice that Qorvo served its Proposed Claim Terms for Construction upon Plaintiffs' counsel of record via electronic mail on March 19, 2024.

Dated: March 19, 2024          Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:  */s/ Robert M. Masters*
JENNIFER KLEIN AYERS (Texas Bar No. 24069322)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Ave, 20th Floor
Dallas, TX 75201
Telephone: 469.391.7400
Facsimile: 469.391.7401
jayers@sheppardmullin.com

ROBERT M. MASTERS (MD State Bar No. 14770)
JONATHAN DEFOSSE (VA State Bar No. 48220)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave, NW, Suite 100
Washington, DC 20006
Telephone: 202.747.1900
Facsimile:  202.747.3369
rmasters@sheppardmullin.com
jdefosse@sheppardmullin.com


***Attorneys for Defendant Qorvo, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 19, 2024.

*/s/ Robert M. Masters*
Robert M. Masters
