IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**QORVO, INC.**<br><br>　　　　Defendant. | Civil Action No.  2:23-cv-00180-JRG-RSP<br><br>**JURY TRIAL** |

**PLAINTIFFS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC'S
P.R. 4-1 DISCLOSURES**

Pursuant to Patent Rule 4-1, Plaintiffs Akoustis Technologies, Inc. and Akoustis, Inc. (collectively, "Akoustis") identifies the following "list of claim terms, phrases, or clauses which that party contends should be construed or found indefinite by the Court, and identify any claim element which that party contends should be governed by 35 U.S.C. § 112(f):" None.

All terms not identified should be given their plain and ordinary meaning.

Akoustis reserves the right to address any claim terms that Qorvo believes require construction or to amend/supplement its position based on Qorvo's Patent Rule 4-1 disclosure.

|  |  |
|---|---|
| Dated: March 19, 2024. | **MCKOOL SMITH, P.C.**<br><br>/s/ *John B. Campbell*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>James E. Quigley<br>Texas State Bar No. 24075810<br>jquigley@McKoolSmith.com<br>George T. Fishback, Jr.<br>Texas State Bar No. 24120823<br>gfishback@McKoolSmith.com<br>Caroline Burks<br>Texas State Bar No. 24126000<br>cburks@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@McKoolSmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9002<br>Facsimile: (903) 923-9099<br><br>**ATTORNEYS FOR PLAINTIFFS AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC.** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on March 19, 2024.

/s/ John B. Campbell
John B. Campbell
