IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00180-JRG-RSP |
| QORVO, INC., | § § § | |
| *Defendant*. | § § | |

### ORDER

Before the Court is the Motion for Leave to Amend Complaint and to Add Cornell University and Cornell Research Foundation, Inc. as Co-Plaintiffs (**Dkt. No. 84**), filed by Plaintiffs.  Having reviewed the opposition by Defendant, which is primarily based on the timing of the motion, the Court finds that any prejudice can be cured by adjustment of the schedule to the extent necessary.  Accordingly, the motion is **GRANTED**.  Plaintiffs may file their amended Complaint adding Cornell University and Cornell Research Foundation, Inc. as Co-Plaintiffs.

IT IS FURTHER ORDERED that Plaintiff' Motion to Compel Financial Discovery (Dkt. No. 86) is set for **hearing** before the undersigned on **August 13, 2024 at 1:30 p.m**.  Before that hearing, counsel are directed to meet and confer on whether any adjustments to the DCO are necessary in view of the joinder of the Cornell co-plaintiffs.  Counsel are directed to file a Joint Notice by August 9, 2024 setting out any agreements on changes, as well as the position of all parties on any areas of disagreement.  The Court will resolve the schedule issues at the hearing.

**SIGNED this 24th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE