IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC., CORNELL UNIVERSITY AND CORNELL RESEARCH FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>QORVO, INC.,<br><br>Defendant. | Case No. 2:23-cv-00180<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Defendant's Motion to Dismiss Plaintiffs' Amended Complaint. After review and consideration thereof, the Court ORDERS that the Motion to Dismiss is hereby GRANTED. Plaintiffs' Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

**SIGNED this** _____ **of** _____ .

_____