# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AKOUSTIS TECHNOLOGIES, INC., ET AL. | § § § | |
| v. | § § | Case No. 2:23-CV-0180-JRG-RSP |
| QORVO, INC. | § § | |

**Motion Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**April 13, 2024**

**OPEN: 2:03 pm**                                                                                         **ADJOURN: 3:21 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | John Campbell |
| | Kyle Ryman |
| | Sam Baxter |
| ATTORNEY FOR DEFENDANTS: | Robert Masters |
| | Jennifer Ayers |
| LAW CLERK: | Joshua Scheufler |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Sam Baxter introduced co-counsel and announced ready. Robert Masters introduced co-counsel and announced ready.

Kyle Ryman argued Plaintiffs' Motion to Compel Financial Discovery into the Accused Instrumentalities (Dkt. No. 86). Jennifer Ayers responded.

The Court instructed the parties to file a motion if they want to amend their invalidity and infringement contentions.

After the break, Ms. Ayers informed the Court of the agreements made. John Campbell responded.

Robert Masters responded regarding the schedule. Mr. Campbell also responded.

The motion is DENIED AS MOOT for the reasons orally assigned.