IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AKOUSTIS TECHNOLOGIES, INC. AND AKOUSTIS, INC., CORNELL UNIVERSITY AND CORNELL RESEARCH FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>QORVO, INC.,<br><br>Defendant. | Case No. 2:23-cv-00180<br><br>JURY TRIAL DEMANDED |

**NOTICE REGARDING CERTIFICATE OF AUTHORIZATION TO FILE
DKT NO. 144 AND ATTACHMENTS UNDER SEAL**

Defendant Qorvo, Inc. ("Qorvo") respectfully request the Court to take notice that Dkt. No. 144 and its attachments are authorized to be filed under seal pursuant to the Protective Order entered in this case.

Dated: September 16, 2024

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Jennifer Klein Ayers*
JENNIFER KLEIN AYERS (Texas Bar No. 24069322)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Ave, 20th Floor
Dallas, TX 75201
Telephone: 469.391.7400
Facsimile: 469.391.7401
jayers@sheppardmullin.com

ROBERT M. MASTERS (MD State Bar No. 14770)
JONATHAN DEFOSSE (VA State Bar No. 48220)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave, NW, Suite 100
Washington, DC 20006
Telephone: 202.747.1900
Facsimile: 202.747.3369
rmasters@sheppardmullin.com
jdefosse@sheppardmullin.com

***Attorneys for Defendant Qorvo, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2024, I caused the foregoing be served to all counsel of record via the Court's CM/ECF system.

*/s/ Jennifer Klein Ayers*
Jennifer Klein Ayers