IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC., CORNELL UNIVERSITY AND CORNELL RESEARCH FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>QORVO, INC.,<br><br>Defendant. | Case No. 2:23-cv-00180-JRG-RSP |

## ORDER

Before the Court is the Joint Motion for Stay Pending *Inter Partes* Review. (**Dkt. No. 153**.) After review and consideration thereof, the Court **ORDERS** that the Joint Motion to Stay is hereby **GRANTED**. This matter shall be **STAYED** in its entirety until the United States Patent Trial and Appeal Board issues a final written decision in or terminates IPR2024-00609 and IPR2024-00758 (if it is instituted). Within fourteen days of the PTAB's final written decision or termination of IPR2024-00609 and IPR2024-00758 (if it is instituted), the parties shall file a joint status report. The joint status report shall include the status of IPR2024-00609 and IPR2024-00758 (if it is instituted), the status of the asserted claims of the '360 patent, and whether the stay should be continued.

**SIGNED this 24th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE