# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC., CORNELL UNIVERSITY, AND CORNELL RESEARCH FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**QORVO, INC.,**<br><br>**Defendant.** | Civil Action No. 2:23-cv-180-JRG-RSP<br><br>**JURY TRIAL** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THE PARTIES HEREBY AGREE AND STIPULATE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims, counterclaims, and affirmative defenses asserted by Akoustis Technologies, Inc., Akoustis, Inc., Cornell University, Cornell Research Foundation, Inc., and Qorvo, Inc. are to be dismissed WITH PREJUDICE.

Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 6, 2024 | Respectfully submitted,<br><br>By: *John B. Campbell*<br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>James E. Quigley<br>Texas State Bar No. 24075810<br>jquigley@McKoolSmith.com<br>George T. Fishback, Jr.<br>Texas State Bar No. 24120823<br>gfishback@McKoolSmith.com<br>Caroline Burks<br>Texas State Bar No. 24126000<br>cburks@McKoolSmith.com<br>Kyle N. Ryman<br>Texas State Bar No. 24125394<br>kryman@McKoolSmith.com<br>**McKool Smith, P.C.**<br>303 Colorado Street Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@McKoolSmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@McKoolSmith.com<br>**McKool Smith, P.C.**<br>104 East Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9002<br>Facsimile: (903) 923-9099<br><br>**ATTORNEYS FOR PLAINTIFFS AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC., CORNELL UNIVERSITY, AND CORNELL RESEARCH FOUNDATION, INC.** |

By: */s/ Robert M. Masters*
Jennifer Klein Ayers (Texas Bar No. 24069322)
**Sheppard, Mullin, Richter & Hampton LLP**
2200 Ross Ave, 20th Floor
Dallas, TX 75201
Telephone: 469.391.7400
Facsimile: 469.391.7401
jayers@sheppardmullin.com

Robert M. Masters (MD State Bar No. 14770)
Jonathan DeFosse (VA State Bar No. 48220)
Timothy P. Cremen (MI State Bar No. P60000)
**Sheppard, Mullin, Richter & Hampton LLP**
2099 Pennsylvania Ave, NW, Suite 100
Washington, DC 20006
Telephone: 202.747.1900
Facsimile:  202.747.3369
rmasters@sheppardmullin.com
jdefosse@sheppardmullin.com
tcremen@sheppardmullin.com

**ATTORNEYS FOR DEFENDANT QORVO, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that counsel for the parties have complied with the meet and confer requirement set forth in Local Rule CV-7(h) and this motion is jointly filed and unopposed.

/s/ *John B. Campbell*
John B. Campbell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 6, 2024.

/s/ *John B. Campbell*
John B. Campbell