# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC., CORNELL UNIVERSITY, AND CORNELL RESEARCH FOUNDATION, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**QORVO, INC.,**<br><br>**Defendant.** | Civil Action No. 2:23-cv-180-JRG-RSP<br><br>**JURY TRIAL** |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice dismissing with prejudice all claims, counterclaims, and affirmative defenses asserted by Akoustis Technologies, Inc., Akoustis, Inc., Cornell University, Cornell Research Foundation, Inc., and Qorvo, Inc., and with each party bearing its own costs and attorneys' fees. Having considered the Joint Stipulation, the Court ORDERS the dismissal with prejudice of all claims, counterclaims, and affirmative defenses asserted by Akoustis Technologies, Inc., Akoustis, Inc., Cornell University, Cornell Research Foundation, Inc., and Qorvo, Inc., and with each party bearing its own costs and attorneys' fees.