# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC., CORNELL UNIVERSITY, and CORNELL RESEARCH FOUNDATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> QORVO, INC., <br><br> *Defendant*. | CASE NO. 2:23-CV-00180-JRG-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") filed by Plaintiffs AKOUSTIS TECHNOLOGIES, INC., AKOUSTIS, INC., CORNELL UNIVERSITY, and CORNELL RESEARCH FOUNDATION, INC ("Plaintiffs") and Defendant QORVO, INC. ("Defendant" and with Plaintiffs, the "Parties"). (Dkt. No. 156.) In the Stipulation, the Parties agree "that all claims, counterclaims, and affirmative defenses asserted by Akoustis Technologies, Inc., Akoustis, Inc., Cornell University, Cornell Research Foundation, Inc., and Qorvo, Inc. are to be dismissed WITH PREJUDICE." (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiffs and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 10th day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE