# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AKOUSTIS TECHNOLOGIES, INC., ET AL. | § § § § | |
| v. | § § | Case No. 2:23-CV-0180-JRG-RSP |
| QORVO, INC. | § § | |

## ORDER

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through October 24, 2024 in the amount of $5,805.63 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $2,902.81

Defendants: $2,902.82

**SIGNED this 11th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE